VERNEX ESTATES, INC., Respondent, *v.* CHARLES F. VACHRIS, INC., et al., Appellants.

Argued May 24, 1946; decided July 23, 1946.

*George J. Stacy, Frederick L. Thielmann* and *Joseph Kane* for The Long Island Railroad Co., appellant.

*George J. Stacy* and *Joseph Kane* for Charles F. Vachris, Inc., appellant.

*Frank J. Macre* and *Leonard Acker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.